autenticada la transcripción de autos. Abogado del promovente: *Sr. Rossy, Fiscal*.

---

No. 99. Avilés *v.* Sucesión Lange. Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en octubre 12, 1905. Desistido á instancia de la parte apelante. Abogados del apelante: *Sres. Vázquez y Quintero*.

---

No. 101. Arroyo et al. *v.* Morales. Apelación procedente de la Corte de Distrito de Ponce. Moción para que se desestime la apelación. Resuelto en octubre 16, 1905. Con lugar la moción y desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50 y 54 del Reglamento. Abogado del promovente: *Sr. Freyre Barbosa*. Abogado de la parte contraria: *Sr. Padilla*.

---

No. 22. El Pueblo *v.* Pérez. Moción para que se desestime la apelación. Resuelto en octubre 18, 1905. Sin lugar la moción. Abogado del apelado: *Sr. Fiscal*.

---

No. 34. El Pueblo *v.* Rodríguez. Apelación procedente de la Corte de Distrito de Ponce. Moción para que se desestime la apelación. Resuelto en octubre 18, 1905. Sin lugar la moción. Abogado del promovente: *Sr. Rossy, Fiscal*.

---

No. 50. El Pueblo *v.* Figueroa. Apelación procedente de la Corte de Distrito de Guayama. Moción para que se desestime la apelación. Resuelto en octubre 18, 1905. Sin lugar la moción. Abogado del promovente: *Sr. Rossy, Fiscal*.

---

No. 52. El Pueblo *v.* Virella. Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en octubre 18, 1905. Sin lugar la moción. Abogado del promovente: *Sr. Rossy, Fiscal*.

---

No. 55. El Pueblo *v.* Díaz. Apelación procedente de la Corte de Distrito de Humacao. Moción para que se desestime la apelación. Resuelto en octubre 18, 1905. Sin lugar la moción. Abogado del promovente: *Sr. Rossy, Fiscal*.

---

No. 77. El Pueblo *v.* Ramos. Apelación procedente de la Corte